UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

BRANDON ALFORD,  Civil No. 22-2525 (JRT/LIB)

Petitioner,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATIONS**

JARED RARDIN,

Respondent.

_____

Brandon Alford, Reg. No. 18170-026, FMC Rochester, P.O Box 4000, Rochester, Minnesota, 55903, pro-se plaintiff.

Ana H Voss, Adam J. Hoskins, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE**, 300 S 4th St Ste 600, Minneapolis, MN 55415, for Respondent.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. The Petition for a writ of habeas corpus of Petitioner Brandon Alford, [Docket No. 1], is **DENIED**; and

2. This matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 3, 2023  s/John R. Tunheim
at Minneapolis, Minnesota  JOHN R. TUNHEIM
  United States District Judge